UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GARRISON MUNICIPAL PARTNERS, LP | § | Case No. 14-32867 |
| | § | (Chapter 7) |
| DEBTOR. | § | |
| | § | |

### CHAPTER 7 TRUSTEE'S MOTION TO AUTHORIZE INTERIM DISTRIBUTION

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**A HEARING ON THIS MOTION HAS BEEN SCHEDULED FOR SEPTEMBER 7, 2017 AT 10:00 A.M. C.S.T. BEFORE THE HONORABLE KAREN K. BROWN, U.S. BANKRUPTCY COURT, 515 RUSK, COURTROOM 403, HOUSTON, TEXAS 77002.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

This Motion seeks authorization to make an interim distribution to certain creditors of this bankruptcy estate. **Every creditor and party in interest of this estate should read and understand this Motion. The Motion requests authorization to distribute money to satisfy**

1

**all the claim holders in full.**

## JURISDICTION AND VENUE

1. This Bankruptcy Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), (B), and (O). The Trustee consents to the entry of a final order by the Bankruptcy Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

3. The Debtor is a limited partnership organized in February 2008 under the laws of the State of Texas. The primary objective of the Partnership was to invest in the municipal bond market.

4. On May 22, 2014 (the "Petition Date"), the Debtor filed a voluntary petition under chapter 7 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court").

5. After the Petition Date, the United States Trustee appointed Rodney D. Tow to serve as the duly-qualified and acting Chapter 7 trustee of the Debtor's estate.

6. Since his appointment, the Trustee has liquidated the Debtor's assets in accordance with the duties set out in section 704(a)(1) of the Bankruptcy Code.

7. Through this Motion, the Trustee seeks authority to make distributions to certain creditors.

**IMPORTANT INFORMATION REGARDING THE INTERIM DISTRIBUTION AND HOW CREDITORS ARE AFFECTED**

8. The Trustee seeks to distribute cash to satisfy the holders of allowed claims of the estate in full.

9. "Exhibit A" is a list of all allowed claims, and the proposed distribution that will be made on account of such claims.

10. **Justification for an Interim Distribution.** This bankruptcy was originally filed in May 2014. Since that time, the estate has resulted in recoveries in excess of TWO MILLION dollars ($2,000,000.00). The estate currently has ONE MILLION FOUR HUNDRED THIRTY-ONE THOUSAND NINE HUNDRED SEVENTY-FIVE dollars and THIRTY-THREE cents ($1,431,975.33) available for distribution. The creditors can benefit from a distribution of the funds on hand. Since the distribution proposed in this Motion will satisfy the creditors in full, there is no benefit to the creditors to let this money sit in the estate.

11. **Final Distribution and Case Closure.** A final distribution and case closing cannot occur until the estate resolves all administrative matters, including final applications for professionals and the Trustee.

12. **Proposed Interim Distribution.** See Exhibit A. The Trustee will distribute FIVE HUNDRED THIRTY-THREE THOUSAND SIXTY-THREE dollars and THIRTY-THREE cents ($533,063.33) to holders of allowed claims.

13. After this distribution, the estate will retain EIGHT HUNDRED NINETY-EIGHT THOUSAND NINE HUNDRED TWELVE dollars ($898,912.00) which is sufficient to resolve all administrative matters and to pay attorney's fees, other professionals' fees, and other anticipated costs of the estate, and make a distribution to the equity holders.

## **MISCELLANEOUS PROVISIONS**

14. Information regarding these distributions can be obtained by contacting the Trustee, Rodney D. Tow; Rodney Tow, PLLC; 1122 Highborne Cay Court, Texas City, Texas 77590; (281) 429-8300; rtow@rtowtrustee.com.

15. Objections and requests for hearing before the Bankruptcy Judge, if any, as to the above distributions, shall be in writing and filed with the clerk of the Bankruptcy Court and served upon the Trustee. Any objections not timely filed and served may be deemed waived.

Rodney D. Tow, Trustee, moves this Court to grant this Trustee's Motion to Authorize Interim Distribution, and for such other and further relief that he may be justly entitled.

DATED: August 16, 2017

        Respectfully submitted,

        DIAMOND MCCARTHY, LLP

        */s/ Charles M. Rubio*_____
        Kyung S. Lee
        State Bar No. 12128400
        Charles M. Rubio
        State Bar No. 24083768
        Diamond McCarthy, LLP
        909 Fannin Street, 37th Floor
        Two Houston Center
        Houston, Texas 77010
        Telephone: (713) 333-5100
        Facsimile: (713) 333-5195

        GENERAL COUNSEL TO
        RODNEY D. TOW, TRUSTEE

## **CERTIFICATE OF SERVICE**

      I certify that on August 16, 2017, a true and correct copy of the foregoing document was served by (i) the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas to all parties registered to receive such service; and (ii) within one business day transmitted to the parties listed on the attached Service List by the method indicated.

                                                     */s/ Charles M. Rubio*
                                                     Charles M. Rubio

## **Exhibit A**

| *Claim No.* | *Creditor name* | *Agreed Allowed Claim Amount* | *Distribution* |
|---|---|---|---|
| 1 | Alvarez & Marsal Global Forensic and Dispute Services, LLC | $189,520.70 | $189,520.70 |
| 7-9 | Andrews Kurth LLP | $270,000.00 | $270,000.00 |
| 46 | Southwest Securities, Inc. | $73,542.63 | $73,542.63 |
| **Total** | | **$533,063.33** | **$533,063.33** |

Service List
Case No. 14-32867

**Debtor**

C. Monroe Garrison
Garrison Municipal Partners, LP
1707 Post Oak Blvd #163
Houston, TX 77056
*Via First Class Mail*

**Debtor's Counsel**

Christopher Adams
Okin & Adams, LLP
1113 Vine Street
Suite 201
Houston, TX 77002-1045
*Via ECF*

**Office of the US Trustee**

Christine A. March
Office of the US Trustee
515 Rusk Avenue
Suite 3516
Houston, Texas 77002-2604
*Via ECF*

**Chapter 7 Trustee**

Rodney D. Tow
Tow & Koenig PLLC
26219 Oak Ridge Drive
The Woodlands, TX 77380-1960
*Via ECF*

**Counsel for Chapter 7 Trustee**

Kyung S. Lee
Diamond McCarthy LLP
Two Houston Center
909 Fannin, Suite 1500
Houston, Texas 77010
*Via ECF*

**Secured Creditors**

Sunny Hudson
Deutsche Bank
5021 Gate Parkway
Jacksonville, Florida 32256
*Via First Class Mail*

Thomas Dudley
Senior Vice President
Philip Dudley
Vice President
Morgan Stanley
222 Catoctin Circle SE Suite 101
Leesburg, VA 20175-3730
*Via First Class Mail*

**Unsecured Creditors**

Alvarez & Marsal
1100 Walnut Street, Suite 2970
Kansas City, MO 64106-2133
*Via First Class Mail*

BDO, USA, LLP
330 North Wabash, Suite 3200
Chicago, IL 60611-7610
*Via First Class Mail*

Colleen Deal
DLA Piper LLP
1717 Main Street, Suite 4600
Dallas, Texas 75201-4629

Christina Ponig
DLA PIPER LLP (US)
1000 Louisiana Street, Suite 2800
Houston, Texas 77002-5005
*Via First Class Mail*

SecondMarket, Inc.
Robert O'Hare Jr.
O'Hare Parnagian LLP
82 Wall Street, Suite 300
New York, NY 10005-3686
*Via First Class Mail*

Service List
Case No. 14-32867

Southwest Securities, Inc.
1201 Elm Street
Suite 3500
Dallas, TX 75270-2180
*Via First Class Mail*

**Investors**

J.P. Bryan
1331 Lamar, Suite 1075
Houston, TX 77010-3025
*Via First Class Mail*

Bryan Consolidated
1331 Lamar, Suite 1075
Houston, TX 77010-3025
*Via First Class Mail*

J.P. & Mary Jon Bryan Foundation
1331 Lamar, Suite 1075
Houston, TX 77010-3025
*Via First Class Mail*

Mary Jon Bryan
1331 Lamar, Suite 1075
Houston, TX 77010-3025
*Via First Class Mail*

Margaret Vonder Hoya
4311 Oak Lawn Ave. Suite 360
Dallas, TX 75219-2338
*Via First Class Mail*

Margaret Vonder Hoya Trust
4311 Oak Lawn Ave. Suite 360
Dallas, TX 75219-2338
*Via First Class Mail*

HRB Global
4311 Oak Lawn Ave. Suite 360
Dallas, TX 75219-2338
*Via First Class Mail*

Donald J & Kay M. Green
P.O. Box 1088
Alpine, TX 79831-1088
*Via First Class Mail*

Mike Maples, Jr.
820 Ramona Street, Suite 200
Palo Alto, CA 94301-2734
*Via First Class Mail*

MJMJR, Ltd.
820 Ramona Street, Suite 200
Palo Alto, CA 94301-2734
*Via First Class Mail*

Mike Maples, Sr.
8609 Navidad Dr.
Austin, TX 78735-1468
*Via First Class Mail*

HRB Oil & Gas, Ltd.
4311 Oak Lawn Ave. Suite 360
Dallas, TX 75219-2338
*Via First Class Mail*

Jay Steven Adelson
30 Kite Hill Lane
Mill Valley, CA 94941-1458
*Via First Class Mail*

Robert Kevin Rose
47 N 4th Place
Brooklyn, NY 11249-3104
*Via First Class Mail*

Patricia Thomas IRA
5735 Indian Circle
Houston, Texas 77057-1302
*Via First Class Mail*

Elizabeth Maples
576 Hopkins Street
Menlo Park, CA 94025
*Via First Class Mail*

Service List
Case No. 14-32867

MVH Grandchildren's Trust
Chris Vonder Hoya, Trustee
4311 Oak Lawn Ave., Suite 360
Dallas, TX 75219-2338
*Via First Class Mail*

NBP 2012 Trust; Chris Vonder Hoya, Trust
4311 Oak Lawn Ave, Suite 360
Dallas, TX 75219-2338
*Via First Class Mail*

MLPM 2012 Trust, Chris Vonder Hoya
4311 Oak Lawn Ave. Suite 360
Dallas, TX 75219-2338
*Via First Class Mail*

ECP 2012 Trust, Chris Vonder Hoya
4311 Oak Lawn Ave. Suite 360
Dallas, TX 75219-2338
*Via First Class Mail*

BCVH 2012 Trust, Chris Vonder Hoya
4311 Oak Lawn Ave., Suite 360
Dallas, TX 75219-2338
*Via First Class Mail*

MLBP Testamentary Trust; JP Bryan
1331 Lamar, Suite 1075
Houston, TX 77010-3025
*Via First Class Mail*

**Interested Parties**

C. Monroe Garrison
CMG Management, LP
1707 Post Oak Blvd #163
Houston, TX 77056
*Via First Class Mail*

Ms. Kelly Sandill
Mr. Greg Waller
Andrews Kurth
600 Travis
Suite 4200
Houston, Texas 77002
*Via First Class Mail*

C. Monroe Garrison
Garrison Capital Management LLC
1707 Post Oak Blvd #163
Houston, TX 77056
*Via First Class Mail*

Texas State Securities Board
P.O. Box 13167
Austin, TX 78711-3167
*Via First Class Mail*

Gregory Mount
780 Clepper Street
Suite 200
Montgomery, Texas 77356
*Via First Class Mail*

Maria Tabar
1707 Post Oak Blvd #163
Houston, TX 77056
*Via First Class Mail*

Navshad Kermali
La Porte CPA
1770 St. James Place
Suite 250
Houston, TX 77057
*Via First Class Mail*

**Parties Requesting Notice**

Mr. Michael Durrschmidt
Mr. Eric Lipper
Hirsch & Westheimer, P.C.
1415 Louisiana, 36th Floor
Houston, Texas 77002
*Via ECF*

Frances A. Smith
Shackelford Melton McKinley & Norton
3333 Lee Parkway, Tenth Floor
Dallas, Texas 75219
*Via ECF*

Service List
Case No. 14-32867

Richard D. Pullman
Kessler Collins
2100 Ross Avenue, Suite 750
Dallas, TX  75201
Telephone:  (214) 379-0722
Fax:  (214) 373-4714
Email:  rpullman@kesslercollins.com
*Via ECF*

Donald and Kaye Green
c/o Reese W. Baker
Baker & Associates
5151 Katy Freeway Suite 200
Houston, Texas 77007
713-869-9200
Fax 713-869-9100
Email: courtdocs@bakerassociates.net
igo@bakerassociates.net
*Via ECF*

Michael D. Rubenstein
Liskow & Lewis
1001 Fannin Street, Suite 1800
Houston, Texas 77002
(713) 651-2953 - telephone
(713) 651-2952 - facsimile
mdrubenstein@liskow.com
*Via ECF*

Jay Adelson
c/o Carolyn Carollo
Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, TX 77019
(713) 335-4800/4853 Direct
(713) 335-4848 Fax
carolyncarollo@snowspencelaw.com
*Via ECF*

Dwayne R. Day
DWAYNE R. DAY, PC
3401 Allen Parkway, Suite 100
Houston, Texas 77019
TEL: 713-759-1600
FAX: 713-759-6930
EMAIL: dday@ddaylaw.com
*Via ECF*

Mark A. Rome
The Rome Law Firm, PLLC
3401 Allen Parkway, Suite 100
Houston, Texas 77019
Email: mark@theromelawfirm.com
713.701.5110 (Office)
281.754.4403 (Fax)
*Via ECF*

Vincent P. Slusher
Vince.slusher@dlapiper.com
Casey L. Moore
Casey.moore@dlapiper.com
1717 Main Street, Suite 4600
Dallas, Texas 75201-4629
*Via ECF*

# **PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GARRISON MUNICIPAL PARTNERS, LP | § | Case No. 14-32867 |
| | § | (Chapter 7) |
| DEBTOR. | § | |
| | § | |

## ORDER AUTHORIZING INTERIM DISTRIBUTION

The Trustee's Motion to Authorize Interim Distribution came before this Court. The Court has determined that the Motion should be granted.

It is HEREBY ORDERED THAT:

1. The Trustee is authorized to make interim distributions to the creditors listed on Exhibit A to this Order. The amount to be distributed to each creditor is set out under the column entitled "Distribution."

2. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry; and

3. The Bankruptcy Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated this __day of _____ 2017.

_____
Karen K. Brown
United States Bankruptcy Judge

1

## **Exhibit A**

| Claim No. | Creditor name | Agreed Allowed Claim Amount | Distribution |
|---|---|---|---|
| 1 | Alvarez & Marsal Global Forensic and Dispute Services, LLC | $189,520.70 | $189,520.70 |
| 7-9 | Andrews Kurth LLP | $270,000.00 | $270,000.00 |
| 46 | Southwest Securities, Inc. | $73,542.63 | $73,542.63 |