

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/17/2017

| | | |
|---|---|---|
| In re: | § § | |
| GARRISON MUNICIPAL PARTNERS, LP | § § | Case No. 14-32867 |
| DEBTOR. | § § § | (Chapter 7) |

## ORDER AUTHORIZING INTERIM DISTRIBUTION

The Trustee's Motion to Authorize Interim Distribution came before this Court. The Court has determined that the Motion should be granted.

It is HEREBY ORDERED THAT:

1. The Trustee is authorized to make interim distributions to the creditors listed on <u>Exhibit A</u> to this Order. The amount to be distributed to each creditor is set out under the column entitled "Distribution."

2. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry; and

3. The Bankruptcy Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated this 16 day of Nov 2017.

Karen K. Brown
United States Bankruptcy Judge

1

## Exhibit A

| Claim No. | Creditor name | Agreed Allowed Claim Amount | Distribution |
|---|---|---|---|
| 1 | Alvarez & Marsal Global Forensic and Dispute Services, LLC | $189,520.70 | $189,520.70 |
| 7-9 | Andrews Kurth LLP | $270,000.00 | $270,000.00 |
| 46 | Southwest Securities, Inc. | $73,542.63 | $73,542.63 |