UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| **Garrison Municipal Partners, LP** | § | Civil Action No.  4:17cv3567 |
| Debtor | § | |
| | § | Bankruptcy Case No.  14-32867 |
| Don Green et al | § | |
| Appellants | § | |

## Notice of Deficiency

1. The notice of appeal was filed in the bankruptcy court on Click here to enter filed date.. The designation of the record was due on 11/24/2017. *See* Fed. R. Bankr. P. 8006.

2. If the appellant does not cure these deficiencies within 14 days, the district court may dismiss the appeal without further notice.

    ☐ The filing fee has not been paid.

    ☐ The record has not been designated.

    ☒ The record designated by the appellant includes transcripts that have not been ordered.

    Transcripts have not been ordered for 1/14/15, 3/3/15, 9/226, 4/27/17, 7/27/17 & 11/16/17 hearings.

    ☒ The appellant has not arranged to pay for the transcripts designated.

Date: January 30, 2018

David J. Bradley, Clerk of Court
S Murdock
Deputy Clerk