

ENTERED
09/23/2020

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>Garrison Municipal Partners, LP<br><br>Debtor. | Chapter 7<br><br>Case No. 14-32867 (EVR) |

**ORDER GRANTING TRUSTEE'S APPLICATION TO (I) EMPLOY PARKINS LEE & RUBIO LLP AS HIS GENERAL COUNSEL NUNC PRO TUNC TO AUGUST 1, 2020 AND (II) TERMINATE EMPLOYMENT OF DIAMOND MCCARTHY LLP**

The Court, having considered the *Trustee's Application To (I) Employ Parkins Lee & Rubio LLP As His General Counsel Nunc Pro Tunc To August 1, 2020 And (II) Terminate Employment of Diamond McCarthy LLP* (the "Application")[1] finds that notice of the Application was appropriate and in accordance with the Bankruptcy Code and the Bankruptcy Rules, and that based on the law and facts set forth in the Application and the record in this case, the Court finds that the relief requested in the Application is in the best interests of the Trustee, the Debtor's estate, and its creditors and therefore should be GRANTED. Accordingly, it is hereby ORDERED that:

1. In accordance with sections 327 and 330 of the Bankruptcy Code, the Trustee is authorized to employ and retain Parkins Lee & Rubio LLP ("PLR") effective August 1, 2020, as his general counsel, under the terms set forth in the Application and the Engagement Letter.

2. PLR shall be compensated for its services and reimbursed for related expenses in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules, and other applicable orders of this Court.

3. The Trustee's employment of Diamond McCarthy LLP is terminated.

---

[1] Capitalized terms used but not defined herein have the meanings assigned to such terms in the Application.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: September 23, 2020

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge